4 So.2d 267
### E. J. ROGERS v. STATE.
#### 8 Div. 140.

Supreme Court of Alabama.
Oct. 16, 1941.

R. B. Patton and D. U. Patton, both of Athens, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

BOULDIN, Justice.

Petition of E. J. Rogers for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Rogers v. State, 4 So.2d 266.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.